01

02

03

04

05

06                  UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                           AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )   CASE NO. MJ 13-384
09           Plaintiff,                    )
                                           )
10       v.                                )
                                           )   DETENTION ORDER
11  CHRISTOPHER WAYNE WATERS,              )
                                           )
12           Defendant.                    )
    _____    )

13

14  <u>Offense charged</u>:        Felon in Possession of a Firearm

15  <u>Date of Detention Hearing</u>:    August 23, 2013.

16         The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21         <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22         1.     Defendant is charged by Complaint with possessing six firearms and over 1000

DETENTION ORDER
PAGE -1

01  rounds of ammunition, having previous been convicted of three crimes punishable by

02  imprisonment for a term exceeding one year. At the time of arrest, other items were found in the

03  vehicle including zip ties, a wig, black gloves, digital scales, a glass pipe and three cell phone,

04  plus handwritten notes with instructions what to do with his belonging and remains if he were to

05  die.   Defendant's past criminal history includes numerous failures to appear, including failures

06  to report to serve an order of commitment and violations or supervision.

07       2.       Defendant poses a risk of nonappearance based on a lengthy history of failures

08  to appear, warrant history, failing to report for commitment, prior probation violations and

09  substance abuse.   He poses a risk of danger due to the nature and circumstances of the instant

10  charge, and criminal history.

11       3.       There does not appear to be any condition or combination of conditions that will

12  reasonably assure the defendant's appearance at future Court hearings while addressing the

13  danger to other persons or the community.

14  It is therefore ORDERED:

15       1.   Defendant shall be detained pending trial and committed to the custody of the Attorney

16            General for confinement in a correction facility separate, to the extent practicable, from

17            persons awaiting or serving sentences or being held in custody pending appeal;

18       2.   Defendant shall be afforded reasonable opportunity for private consultation with

19            counsel;

20       3.   On order of the United States or on request of an attorney for the Government, the

21            person in charge of the corrections facility in which defendant is confined shall deliver

22            the defendant to a United States Marshal for the purpose of an appearance in connection

DETENTION ORDER
PAGE -2

01   with a court proceeding; and

02   4.   The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03        for the defendant, to the United States Marshal, and to the United State Pretrial Services

04        Officer.

05   DATED this 23rd day of August, 2013.

07                                        Mary Alice Theiler
08                                        Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3